Submitted November 10, 1969. *Louis D. Musica,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the petition.

WRIGHT, P. J., and JACOBS, J., would affirm on the opinion of President Judge THOMAS.

## Commonwealth *v.* Owens, Appellant.

Submitted November 11, 1969. *Robert D. Repasky,* for appellant; *Carol Mary Los* and *Robert L. Compbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the post-conviction petition.

## Commonwealth *v.* Owens, Appellant.

Argued November 10, 1969. *Robert D. Repasky,* for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.